UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Khalid Rasoul Bey
c/o Kenya K. Rains-
Raginwald

*(In the space above enter the full name(s) of the plaintiff(s).)*

RECEIVED

NOV 05 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

- against -

Sean "Puffy" Combs,
Bad Boy Records, Virtue
Medical of New Jersey,
Mariah Carrie, Aston
Kusher, Burling County
(Township) Police,
Kathleen Julie Washpon,
Randy R. Rains,
Burlington County Public
Assistance office, State
of New Jersey

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Khalid R. Bey c/o Kenya K. Rains-Raginwald
            Street Address    c/o 10 Bolton Lane
            County, City      Willingboro Township, New Jersey
            State & Zip Code  NJ, 08046
            Telephone Number  (609) 456-5623

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Sean "Puffy" Combs (incarcerated)
Street Address N/A
County, City N/A
State & Zip Code N/A

Defendant No. 2
Name Mariah Carrie (Singer)
Street Address N/A
County, City N/A
State & Zip Code N/A

Defendant No. 3
Name Ashton Kusher (Actor)
Street Address N/A
County, City N/A
State & Zip Code N/A

Defendant No. 4
Name Virtue Medical of New Jersey
Street Address N/A
County, City N/A
State & Zip Code N/A

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [ ] Federal Questions         [X] Diversity of Citizenship
    [ ] U.S. Government Plaintiff [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New York__

Defendant(s) state(s) of citizenship __New York, New Jersey, North Carolina, Texas, N/A for others__

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Multiple locations, Mainly in state of Harlem, NY and Willingboro, NJ__

B. What date and approximate time did the events giving rise to your claim(s) occur? __Summer of 07, injuries still occurring today__

C. Facts: As a child I have been sold by parents to where I ended up in foster care, Mariah Carrie's camp for children, etc elder years, approximately beginning the summer of 2007 in Father's care located in Harlem (after coming home from incarceration) I was approached by 2 guys, one name Dray who was connected to Mr Combs, Nodel's and Badboy rec! Parents put me through alot of scarring mentally, physically as a child, as teen I was sent to Mariah Carrie camp where I met her. Where I lost my virginity in ther care after Mariah kissed the side of my lip. I believe my parents was trying to groom me to make finances off me. There were other children there and older children who I believed to be already groomed and the counselors there had everyone by a fire not separating the boys/girls and just poured water on the camp fire and I lost my virginity in the dark. The next day I was bragging about losing my virginity to some guys and they brought the women to verify only to make her want to leave the camp early (very brief but there is over 20 years of information with known celebrities and companies

-3-

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of November, 20 24.

Signature of Plaintiff: _[signature]_
Mailing Address: c/o 10 Bolton Lane
Willingboro, NJ 08046

Telephone Number: (609) 456-5623
Fax Number *(if you have one)*:
E-mail Address: Sirkraynwald@gmx.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _[signature]_